# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:24-CR-129-MTS-JSD |
| ) | |
| CLARENCE ALLEN HOLMES ) | |
| a/k/a Noble Yahudah Ben Ysrael, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion for New Counsel, in which he represents that there is an irreconcilable conflict between himself and Defense Counsel. (ECF No. 79.) On May 1, 2025, the Court held an in-person hearing on Defendant's Motion, with Defendant and Defense Counsel present. (ECF No. 87.)

Accordingly,

**IT IS HEREBY ORDERED** that, for the reasons stated in Defendant's motion and at the hearing, Defendant's Motion for New Counsel (ECF No. 79) is **GRANTED**. James W. Schottel, Jr. is **WITHDRAWN** as counsel for Defendant.

**IT IS FURTHER ORDERED** that an order appointing new counsel will issue.

*[signature]*
JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of May, 2025.